# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**
**ADC #114018**
                                                    **PLAINTIFF**

v.                   No. 3:19-cv-112-DPM

**CHARLENE HENRY, Prosecuting**                     **DEFENDANT**
**Attorney, Jonesboro**

## ORDER

**1.** The Clerk has filed a new paper from Webster in many of his pending cases. № 4. Webster's motion for more time to file his *in forma pauperis* application is granted; he must pay the filing and administrative fees or file an application to proceed *in forma pauperis* and certified calculation sheet by 30 May 2019. 28 U.S.C. § 1915(a)(2). If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

**2.** Webster's embedded request to amend his complaint, № 4, is denied without prejudice. If he wants to amend, then he must submit an amended complaint on the § 1983 complaint form he will receive with this Order.

**3.** The Court directs Webster to follow the following drill on sending papers for filing: Each paper must include the names of the

parties in one specific case, and one specific case number, at the top of the first page. Webster may not send one paper for filing in several cases at one time. There must be a separate paper for each case.

**4.** The Court directs the Clerk not to docket any more multiple-case filings from Webster. If the Clerk receives a proposed filing from Webster that involves more than one of his cases, then the Clerk must return the paper to Webster with a request to specify which one case the paper should be filed in. The Clerk should also send Webster another copy of this Order with the returned paper.

**5.** The Court also directs the Clerk to mail Webster an application to proceed *in forma pauperis* and a blank § 1983 complaint form.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019