IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                          PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-112-DPM

CHARLENE HENRY, Prosecuting                                                DEFENDANT
Attorney, Jonesboro

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019